JOSEPH MAYNARD, as Guardian ad Litem of JOSEPH MAYNARD, Appellant, *v.* CHARLES PHILLIPS, Respondent.

Supreme Court, Appellate Term, First Department, November 29, 1933.

*H. Edward Raiden [Bernard Braun* of counsel], for the appellant.

*E. Edan Spencer [Arthur N. Seiff* of counsel], for the respondent.

PER CURIAM. The question whether this infant plaintiff was *sui juris* was for the jury; and the jury were authorized to find that it was not contributory negligence for this six-year-old infant to cross the street without looking for defendant's automobile, which according to the plaintiff's proofs was almost a block away.

Judgment and order reversed, with costs, and judgment reinstated.

LEVY and CALLAHAN, JJ., concur.

LYDON, J. (dissenting). I dissent. I think the trial judge was right in dismissing the complaint for the reasons given by him. I also think that a dismissal on the merits was proper. (*Ziegler* v. *Railway Co.*, 232 App. Div. 43.)